UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RYAN BONNEAU, | ) | Case No. CV 13-1915 JST(JC) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| CONRAD GRABER, | ) ) | |
| Respondent. | ) ) ) | |

_____

In accordance with the Order (1) Denying Petition for Writ of Habeas Corpus; and (2) Denying Motions for Temporary Restraining Order and Preliminary Injunction, IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and Petitioner's Motion and Amended Motion for Temporary Restraining Order and Preliminary Injunction are denied.

DATED: April 23, 2013

_____
JOSEPHINE STATON TUCKER
HONORABLE JOSEPHINE STATON TUCKER
UNITED STATES MAGISTRATE JUDGE